

**U.S. Departr  t of Justice**

United States Attorney
Western District of Texas

**FILE COPY**

| | | |
|---|---|---|
| *Joey Contreras*<br>*Assistant United States Attorney*<br>*Drug Unit* | *601 NW Loop 410 Suite 600*<br>*San Antonio, Texas 78216-5512* | *(210)384-7024*<br>*Direct number:(210) 384-7006*<br>*Fax :(210) 384-7028* |

September 20, 2004

Mr. Jesse Rivera
118 E. Ashby
San Antonio, Texas 78212
(Daniel Leza)

Mr. Blas Hernandez Delgado, Jr.
112 Villita
San Antonio, Texas 78205
(Jimmy Zavala)

Mr. Joseph Hernandez
732 Culebra
San Antonio, Texas 78201
(Santos Yanez)

Mr. Steve Harkiewicz
111 Soledad, Suite 1250
San Antonio, Texas 78205
(Juan Valdez)

Mr. Edward Camara
126 Main Plaza, Suite 1
San Antonio, Texas 78205
(Johnny Garcia-Esparza)

Mr. Daniel McCarthy
494 S. Seguin, Suite 206
New Braunfels, Texas 78130
(Fernando Espinoza)

Mr. Alex Scharff
222 Main Plaza East
San Antonio, Texas 78130
(Roger Rodriguez, Jesse Ramirez,
 Steve Herrera, Cleto Gonzales)

Mr. Jon R. Disrud
4715 Fredericksburg Rd, Suite 525
San Antonio, Texas 78229
(Alfredo Munoz)

Mr. Michael Morris
299 W. San Antonio Street
New Braunfels, Texas 78130
(Ricardo Saenz)

Mr. Byron Barnett
6838 San Pedro
San Antonio, Texas 78216
(Joe Perez)

Ms. Tracy Lynn Spoor
111 Soledad, Suite 300
San Antonio, Texas 78205
(Hortencia Flores)

Re: **United States of America v. Daniel Leza, et al.**, SA-04-CR-425-OG

Dear Gentlemen and Ms. Spoor:

This letter is in response to the Court's General Order of Discovery. Discovery is available for your inspection. Discovery will be conducted at our downtown office on the sixth floor of the Federal Building. The case agent is Special Agent Nancy Sanford and she will assist with making all discovery available, including wiretaps. She can be reached at (210) 669-9336. Please contact me if there are any problems with the inspection of discovery.

1. Pursuant to Fed.R.Crim.P. 12(d)(2), the Government gives notice that, as evidence of the substantive counts charged in the indictment, it will seek to offer in its case in chief at trial any or all of the evidence tendered to you or otherwise made available for your inspection and any items subject to pretrial disclosure under Fed.R.Crim.P. 16. The evidence includes the controlled substance alleged in the indictment and the evidence surrounding the incidents alleged in the indictment, which gave rise to the discovery of evidence and subsequent arrest of the defendant;

2. I am not aware of any written statements made by your client;

3. Police reports that contain oral statements made by your client are available for inspection;

4. A copy of your client's criminal history is available for inspection;

5. If you wish to inspect any tangible items in the Government's possession, please notify Agent Sanford and she will make the arrangements;

6. The anticipated testimony of the chemist is summarized in reports available for inspection. The Government will supplement discovery with the qualifications of each expert in the event that a trial becomes necessary.

7. The Government is not aware of any *Brady/Giglio* evidence.

8. The Government intends to offer all evidence made available to you, even if said evidence constitutes proof of other crimes, wrongs, and acts, and this response serves as notice of the same pursuant to Rule 404(b) of the Federal Rules of Evidence.

Sincerely,

JOHNNY SUTTON
United States Attorney

By:    JOEY CONTRERAS  (pc)
Assistant United States Attorney