UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:  SA:04-CR-00425(2)-OLG |
| | § | |
| (2) Jimmy Zavala | § | |

## Order Denying Request for Power of Attorney (docket #1035)

The matter before the Court is defendant's letter in which he asks that another inmate also receive notices of any orders in this case.  The request is ORDERED DENIED as without authority.

SIGNED this **2nd day of April, 2009**.

_____
NANCY STEIN NOWAK
U.S. MAGISTRATE JUDGE

1