UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:  SA:04-CR-00425(2)-OLG |
| | § | |
| (2) Jimmy Zavala | § | |

**Order Granting Motion to Extend (docket #1021) and Denying Motion for Recosideration (docket #1017)**

Premises considered the motion to extend the time to file a reply is GRANTED and the Supplement (docket #1040) filed on November 12, 2008 will be deemed a part of the record and will be considered by the Court.

Additionally the motion for reconsideration of the earlier Order denying what was construed as a request to hold the matter in abeyance is DENIED.  Defendant has effectively achieved his request to have more time to prepare his briefing on the motion before the Court. No further briefing appears necessary and the matter is ripe for determination.

SIGNED this **2nd day of April, 2009**.

_____
NANCY STEIN NOWAK
U.S. MAGISTRATE JUDGE

1