FILED

JUN - 8 2009

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES   DISTRICT COURT

Jimmy ZAVALA
        PETITIONER

VS.

UNITED STATES of AMERICA
        RESPONDENT

CASE # NO. SA-04-CR-425

JUDGE : NANCY STEIN NOWAK

### MOTION TO COMPEL DISCOVERY

Comes now Jimmy ZAVALA , Petitioner, respectfully moving this Honorable Court to issue the appropriate Order to Attorney;

ordering that said named Attorney give this Petitioner a Full copy of all Trial, Sentencing Records and Transcripts.

In support of this Motion, Petitioner will show that:

A) He was tried and convicted within this Honorable Court.

B) The very same Trial, Sentencing and all Transcripts which were afforded to Attorney JAMES PICKELL via the Criminal Justice Act - are not accessible to this Petitioner.

Wherefore, because Attorney JAMES PICKEL maintains this Petitioner's Trial, Sentencing Records and all Transcripts, Petitioner moves this Honorable Court to issue the appropriate Order to Compel the Attorney, JAMES PICKEL , Ordering that he forward, without undue delay, in a time period set by this Court in that Order, all Trial, Sentencing Records and Transcripts.

Respectfully requested,

_____
        Petitioner, Pro Se

Reg. No.  49053-180
Address:  Allen Wood U.S.P. P.o. Box 3000
          White deer, PA 17887

MOTIONS & NOTIONS (c) 2006

LIST OF REQUIRED DOCUMENTS FOR DISCOVERY

Basic documents needed constituting a criminal conviction, and sentence  sustained by trial.

1)    Investigator reports, FBI reports, to include any and all notes kept. DEA reports, Six reports.

2)    Search warrants, arrest warrants, Affidavit of Probable Cause used to obtain those warrants.

3)    Indictment and/or information.

4)    Motion to Supress and any other Pre-trial Motions filed.

5)    Court Docket Sheet.

6)    All Motion Hearing transcripts.

7)    Proposed jury instructions by all parties.

8)    Trial transcripts including but not limited to jury selection, opening arguments, trial, Motions held during trial, closing arguments and sentences.

9)    Jury charging instructions, proposed and final versions.

10)    Verdict Forms proposed and final version used.

11)    Any and all Motions for New Trial, Aquittal, and Arrest of Judgement.

12)    Transcript related to hearings, and retrial, Judgement of Aquittal, or Arrest of Judgement.

13)    Presentence report and objections to presentence report.

14)    Sentencing transcripts and judgement and committment order.

15)    Notice of Appeal.

16)    Appellate and Appellee Briefs.

17)    The Court of Appeals decisions rendered in your case.

PETITIONER'S MEMORANDUM OF LAW IN SUPPORT
OF THE MOTION FOR COMPELLING DISCOVERY RELEASE OF DOCUMENTATION

## STANDARD OF REVIEW

For virtually all other purposes that appeal, free transcripts are priviledge committed to discretion of Trial Judge. US vs. Banks, 369 F.Supp. 951 (D.D. PA. 1974).
Bently vs. US, 431 F2d 250 (6th Cir. 1970).

Denial of free Transcripts to indigent defendant is unconstitutional only where transcript is valuable to defense and no functional alternative exists. Jefferies vs. Wainwright, 794 F2d 1516 (11th Cir. 1986).
Britt vs. North Carolina, 404 US 226, 92 S.Ct. 431, 30 L.Ed.2d 400 (1971).

Pre-Trial, Trial and Sentencing Transcripts without cost or with monthly installment payments under 28 U.S.C. § 1915.

Case 5:04-cr-00425-OLG     Document 1056     Filed 06/08/09     Page 4 of 4

Jimmy ZAVALA: 49053-180
Allen wood USP.
P.o. Box 3000
White deer, PA 17887

HARRISBURG PA 171

04 JUN 2009  PM 4

Purple
Heart        USA
             42

RECEIVED

JUN 0 8 2009

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

JUN 0 3 2009

**MAILED FROM
U.S. PENITENTIARY**

49053-180
CLERK US Ditrict Court
655 E Durango Blvd
San Antonio, TX - 78206
United States

(LEGAL MAIL)

78206$1100

6 - 3 - 09 Wed